UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-                                    03 cr 938 (JGK)

BURGESS MASSEY,
                            Defendant.
-------------------------------------------------------------X

It is hereby ordered that Gary Kaufman, Esq., be appointed as counsel to the above-named defendant, for purposes of the violation of supervised release proceeding.

**SO ORDERED.**

                                                                  _____
                                                                  **JOHN G. KOELTL**
                                                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        April 24, 2023