UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                      03 cr 938 (JGK)

        -against-

                      **ORDER**

BURGESS MASSEY,
                 Defendant.
-----------------------------------------------------------X

Supervised release for the defendant, Burgess Massey, is modified as follows: the defendant shall have no contact with Victoria Williams and Jeremiah Bennett until further order of the Court.

**SO ORDERED.**

                                            /s/ John G. Koeltl
                                            **JOHN G. KOELTL**
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        April 24, 2023