```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

    - against -

BURGESS MASSEY,

          Defendant.

03-cr-938 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Court received an ex parte application under seal from the Government, to which the Court responded in an ex parte order under seal.

**SO ORDERED.**

Dated:    New York, New York
            August 2, 2023

                                      John G. Koeltl
                              United States District Judge