```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────

**UNITED STATES OF AMERICA**

      - against -                    03-cr-938 (JGK)

**BURGESS MASSEY,**                    <u>ORDER</u>

           Defendant.

───────────────────────────────

**JOHN G. KOELTL, District Judge:**

The Government should respond to the defendant's motion in limine (ECF No. 78) by **September 1, 2023.** The defendant may reply by **September 8, 2023.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 22, 2023**            /s/ John G. Koeltl
                                                     **John G. Koeltl**
                                        **United States District Judge**