UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -                           03-cr-938 (JGK)

BURGESS MASSEY,                          ORDER

            Defendant.

JOHN G. KOELTL, District Judge:

    The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion in limine (ECF No. 78). The Government should ensure that the Court is provided with unredacted copies of all exhibits filed under seal.

SO ORDERED.

Dated:    New York, New York
           September 5, 2023

                                          John G. Koeltl
                                    United States District Judge