UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: Application for a Disclosure Order, USAO Reference No. 2023R00627. |
|---|

SEALED ORDER

Upon the annexed Affirmation of Assistant United States Attorney Connie L. Dang, requesting that an Order be issued pursuant to the All Writs Act, Title 28, United States Code, Section 1651, unsealing and disclosure of the below-referenced sealed records maintained by the New York City Police Department ("NYPD") and the Bronx County District Attorney's Office ("Bronx DA's Office"):

IT IS HEREBY ORDERED that sealed body-worn camera footage (not to include any grand jury materials) in the possession of the NYPD and the Bronx DA's Office relating to an incident that occurred on March 7, 2023 and the defendant's arrest following this incident, be unsealed to the extent necessary to permit the United States Attorney's Office to obtain the contents of the records and thereafter disclose them as necessary to comply with its disclosure obligations; and

IT IS FURTHER ORDERED that, with the exception of a copy of this Order being provided to the United States Attorney's Office, the NYPD, and the Bronx DA's Office, and the clerk of the court for files subject to this Order, this Order and the Application in support thereof are to be sealed pending further order of this Court.

Dated: New York, New York
       September 14, 2023

THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK