UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -                            03-cr-0938 (JGK)

BURGESS MASSEY,                           ORDER

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The hearing on the defendant's violation of supervised release is adjourned from **September 21, 2023**, to **October 10, 2023, at 10:30 a.m.**

SO ORDERED.

Dated:    New York, New York
            September 15, 2023

                                                John G. Koeltl
                                      United States District Judge