UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

                                                                           03 cr 938 (JGK)

            -against-

                                                                          **ORDER OF REMAND**

BURGESS MASSEY,

                             Defendant.
-------------------------------------------------------------X

       For the reasons stated, today, the defendant, Burgess Massey, is hereby ordered remanded to the custody of the Bureau of Prisons and United States Marshal, pending resolution of the violations of supervised release. The defendant is prohibited from contacting or causing any contact with Victoria Williams, Rashida Bennett and Jeremiah Bennett.

**SO ORDERED.**

                                                                       **JOHN G. KOELTL**
                                                              **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           September 13, 2023